No. 76–269. Jennings *v.* Caddo Parish School Board et al. C. A. 5th Cir. Certiorari denied.

No. 76–285. O/Y Finnlines, Ltd., et al. *v.* Butler. C. A. 4th Cir. Certiorari denied.

No. 76–295. Hicks et al. *v.* Uniroyal, Inc. C. A. 5th Cir. Certiorari denied.

No. 76–297. Turzillo et al. *v.* P & Z Mergentime. C. A. D. C. Cir. Certiorari denied.

No. 76–298. Stolberg *v.* Members of the Board of Trustees for the State Colleges of Connecticut et al. C. A. 2d Cir. Certiorari denied.

No. 76–305. Progressive Enterprises, Inc. *v.* New England Mutual Life Insurance Co. C. A. 4th Cir. Certiorari denied.

No. 76–313. Grossman *v.* Bernards Township Board of Education. C. A. 3d Cir. Certiorari denied.

No. 76–5026. Wilson *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 76–5034. DeVerse *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 76–5042. Shatney *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 76–5043. Rivera deGomez *v.* Kissinger, Secretary of State, et al. C. A. 2d Cir. Certiorari denied.